IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHE TURNER, | ) |
|     Petitioner, | ) |
| | ) |
|     v. | ) Civil Action No. 05-947 |
| | ) |
| SUPT. DAVID DIGUGLIELMO, et al., | ) |
|     Respondents. | ) |

O R D E R

AND NOW, this 15th day of September, 2005, after a petition for a writ of habeas corpus was filed by the petitioner, Che Turner, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the parties were granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

    IT IS ORDERED that the petition of Che Turner for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied for failure to state a cognizable federal claim.

    IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

_____<br>United States District Judge

cc: Che Turner
  ED-7536
  SCI Graterford
  P.O. Box 244
  Graterford, PA  19426

  Ahmed Aziz
  Office of the District Attorney
  Beaver County Courthouse
  Beaver, PA 15009

  Honorable Robert C. Mitchell
  United States Magistrate Judge